## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
    Jeanette V. Houston :
        Debtor(s) :
 : Bankruptcy No. 19-16207-JKF

## **CERTIFICATE OF SERVICE**

I, Mike Gumbel, Esq, do hereby certify that on or before January 9, 2020, I caused a true and correct copy of Debtor's 1st Amended Chapter 13 Plan to be served via electronic means and/or first-class mail, postage pre-paid on the following parties:

| | |
|---|---|
| Scott F. Waterman<br>Bankruptcy Trustee<br>2901 St. Lawrence Ave, Ste 100<br>Reading, PA 19606 | Jeanette V. Houston<br>6523 Ogontz Avenue<br>Philadelphia, PA 19126 |
| Office of the United States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA  19107 | All secured and priority creditors<br><br>All creditors requesting service<br><br>All creditors materially affected by amendment |

                                  /s/ Mike Gumbel
                                  MIKE GUMBEL, ESQUIRE
                                  Attorney for Debtor
                                  Identification No. 209050
                                  850 South 2nd Street
                                  Philadelphia, PA 19147
                                  215-592-1899