**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Jeanette V. Houston | : | |
|       Debtor(s) | : | |
| | : | Bankruptcy No. 19-16207-JKF |

**CERTIFICATION OF NO OBJECTION**

I hereby certify that no objection to Counsel's Application for Compensation has been filed.

I further certify that no other applications for administrative expenses have been filed.

        /s/ Mike Gumbel
        MIKE GUMBEL, ESQ.
        Attorney for Debtor(s)
        Identification No. 209050
        Bainbridge Law Center
        850 South 2nd Street
        Philadelphia, PA 19147
        215-592-1899

Date: 3/30/20