United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeanette V. Houston  
    Debtor

Case No. 19-16207-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 1     Date Rcvd: Mar 31, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
db            +Jeanette V. Houston,    6523 Ogontz Avenue,    Philadelphia, PA 19126-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:

        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         bkgroup@kmllawgroup.com  
        MICHAEL GUMBEL    on behalf of Debtor Jeanette V. Houston mgumbel@bainbridgelawcenter.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                        TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Jeanette V. Houston | : | |
|     Debtor(s) | : | |
| | : | Bankruptcy No. 19-16207-JKF |

**ORDER**

**AND NOW,** this _____ day of _____, 2020, upon consideration of the Application For Compensation filed by Mike Gumbel, Esq., Counsel for Debtor, and any response thereto, said Application is GRANTED and Bainbridge Law Center is awarded the sum of $3,000.00 in attorney fees.

**BY THE COURT:**

**Date: March 31, 2020**

_____
**HONORABLE JEAN K. FITZSIMON,
U.S. BANKRUPTCY JUDGE**

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Scott F. Waterman, Esquire
Bankruptcy Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Mike Gumbel, Esquire
850 South 2nd Street
Philadelphia, PA  19147

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126