**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Jeanette V. Houston | : | |
|       Debtor(s) | : | Bankruptcy No. 19-16207-JKF |

**ORDER**

**AND NOW,** this  30th  day of   April   , 2020, upon consideration of Debtors' Motion To Modify Chapter 13 Plan After Confirmation, and any response thereto,

It is hereby **ORDERED** and **DECREED** that Debtor's Motion is **GRANTED** and Debtors shall be permitted to modify their Chapter 13 Plan in accordance with the Second Amended Chapter 13 Plan, attached as Exhibit "B" to Debtor's Motion.

_____
**HONORABLE JEAN K. FITZSIMON,**
**U. S. BANKRUPTCY JUDGE**

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave, Ste 100
Reading, PA 19606

Mike Gumbel, Esq.
Bainbridge Law Center
850 S. 2nd Street
Philadelphia, PA 19147

Office of the U.S. Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA  19107

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126