United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeanette V. Houston  
    Debtor

Case No. 19-16207-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith                    Page 1 of 1                   Date Rcvd: May 01, 2020  
                               Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2020.  
db         +Jeanette V. Houston,   6523 Ogontz Avenue,    Philadelphia, PA 19126-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2020 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         bkgroup@kmllawgroup.com  
        MICHAEL   GUMBEL    on behalf of Debtor Jeanette V. Houston mgumbel@bainbridgelawcenter.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13
    Jeanette V. Houston :
        Debtor(s) : Bankruptcy No. 19-16207-JKF

**ORDER**

**AND NOW,** this 30th day of April, 2020, upon consideration of Debtors' Motion To Modify Chapter 13 Plan After Confirmation, and any response thereto,

It is hereby **ORDERED** and **DECREED** that Debtor's Motion is **GRANTED** and Debtors shall be permitted to modify their Chapter 13 Plan in accordance with the Second Amended Chapter 13 Plan, attached as Exhibit "B" to Debtor's Motion.

_____
**HONORABLE JEAN K. FITZSIMON,
U. S. BANKRUPTCY JUDGE**

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave, Ste 100
Reading, PA 19606

Mike Gumbel, Esq.
Bainbridge Law Center
850 S. 2nd Street
Philadelphia, PA 19147

Office of the U.S. Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126