| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-16207-AMC**

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia  PA    19126

Petition Filed Date: 10/01/2019
341 Hearing Date: 11/15/2019
Confirmation Date: 03/04/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/12/2019 | $375.00 | | 12/09/2019 | $375.00 | | 01/07/2020 | $375.00 | |
| 02/06/2020 | $389.00 | | 03/09/2020 | $389.00 | | 04/06/2020 | $389.00 | |
| 05/07/2020 | $470.00 | | 06/11/2020 | $470.00 | | 07/07/2020 | $470.00 | |
| 08/06/2020 | $470.00 | | | | | | | |

**Total Receipts for the Period: $4,172.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,172.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $18,642.76 | $869.24 | $17,773.52 |
| 0 | MICHAEL  GUMBEL | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»» 004 | Secured Creditors | $3,803.01 | $177.32 | $3,625.69 |

**Chapter 13 Case No. 19-16207-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,172.00 | Current Monthly Payment: | $470.00 |
| Paid to Claims: | $3,356.56 | Arrearages: | ($389.00) |
| Paid to Trustee: | $392.44 | Total Plan Base: | $27,283.00 |
| Funds on Hand: | $423.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.