# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jeanette V. Houston<br>　　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br>Jeanette V. Houston<br>　　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-16207 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **January 7, 2021 (Document 32)**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esq.**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106

February 10, 2021