| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-16207-AMC**

| | |
|---|---|
| Jeanette V. Houston | Petition Filed Date: 10/01/2019 |
| 6523 Ogontz Avenue | 341 Hearing Date: 11/15/2019 |
| Philadelphia  PA    19126 | Confirmation Date: 03/04/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $375.00 | | 02/06/2020 | $389.00 | | 03/09/2020 | $389.00 | |
| 04/06/2020 | $389.00 | | 05/07/2020 | $470.00 | | 06/11/2020 | $470.00 | |
| 07/07/2020 | $470.00 | | 08/06/2020 | $470.00 | | 09/08/2020 | $470.00 | |
| 10/07/2020 | $470.00 | | 11/06/2020 | $470.00 | | 12/07/2020 | $470.00 | |
| 01/07/2021 | $470.00 | | 02/09/2021 | $470.00 | | 03/08/2021 | $470.00 | |
| 04/06/2021 | $470.00 | | 06/02/2021 | $470.00 | | 06/07/2021 | $470.00 | |

**Total Receipts for the Period: $8,122.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,872.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPT OF HUD<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPT OF HUD<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»»  003 | Mortgage Arrears | $18,642.76 | $4,113.18 | $14,529.58 |
| 0 | MICHAEL   GUMBEL | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»»  004 | Secured Creditors | $3,803.01 | $839.08 | $2,963.93 |

**Chapter 13 Case No. 19-16207-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,872.00 | Current Monthly Payment: | $470.00 |
| Paid to Claims: | $7,262.26 | Arrearages: | ($389.00) |
| Paid to Trustee: | $763.74 | Total Plan Base: | $27,283.00 |
| Funds on Hand: | $846.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.