| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-16207-AMC**

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia  PA    19126

Petition Filed Date: 10/01/2019
341 Hearing Date: 11/15/2019
Confirmation Date: 03/04/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $470.00 | | 06/02/2021 | $470.00 | | 06/07/2021 | $470.00 | |
| 07/06/2021 | $470.00 | | 08/04/2021 | $470.00 | | 09/07/2021 | $470.00 | |
| 10/05/2021 | $470.00 | | 11/04/2021 | $470.00 | | 12/06/2021 | $470.00 | |
| 01/04/2022 | $470.00 | | 02/04/2022 | $470.00 | | 03/07/2022 | $470.00 | |
| 04/04/2022 | $470.00 | | 05/09/2022 | $470.00 | | 06/02/2022 | $470.00 | |
| 06/29/2022 | $470.00 | | 08/03/2022 | $470.00 | | | | |

**Total Receipts for the Period:  $7,990.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $15,452.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPT OF HUD  »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPT OF HUD  »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NATIONSTAR MORTGAGE LLC  »» 003 | Mortgage Arrears | $18,642.76 | $9,102.09 | $9,540.67 |
| 0 | MICHAEL   GUMBEL | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)  »» 004 | Secured Creditors | $3,803.01 | $1,930.03 | $1,872.98 |

**Chapter 13 Case No. 19-16207-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,452.00 | Current Monthly Payment: | $470.00 |
| Paid to Claims: | $13,342.12 | Arrearages: | ($389.00) |
| Paid to Trustee: | $1,318.34 | Total Plan Base: | $27,283.00 |
| Funds on Hand: | $791.54 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.