**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jeanette V. Houston | : | |
| Debtor(s) | : | Bankruptcy No. 19-16207-AMC |

**<u>CERTIFICATION OF NO OBJECTION</u>**

I hereby certify that No Objection to Debtor's Motion to Approve Loan

Modification has been filed.


Date: September 6, 2022

/s/ Mike Gumbel_____
MIKE GUMBEL, ESQ.
Attorney for Debtor
850 South 2nd Street
Philadelphia, PA 19147
215-592-1899
215-592-8868 (Fax)
mgumbel@bainbridgelawcenter.com