# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jeanette V. Houston | : | |
| Debtor(s) | : | Bankruptcy No. 19-16207-AMC |

## ORDER

**AND NOW**, this ____ day of _____, 2022, upon Debtor's Motion to Approve Loan Modification, and the Court having been satisfied that it is in the best interests of the Debtors to do so, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that approval and recording (if applicable) of the loan modification shall not constitute a violation of the automatic stay.

It is further **ORDERED** that Nationstar Mortgage LLC d/b/a Mr. Cooper shall be permitted to file an amended proof of claim to reflect all necessary changes effected by this loan modification, including the application of payments from the Chapter 13 Trustee, if applicable.

Date: September 7, 2022

_____
**HONORABLE ASHELY M. CHAN,**
**U.S. BANKRUPTCY JUDGE**

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave, Ste 100
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA  19107

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126

Mike Gumbel, Esq.
Bainbridge Law Center
850 S. 2nd Street
Philadelphia, PA 19147

Rebecca A. Solarz, Esq.
KML Law Group
701 Market Street, Ste 5000
Philadelphia, PA 19106

Nationstar Mortgage LLC
d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741