United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16207-amc |
| Jeanette V. Houston | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeanette V. Houston, 6523 Ogontz Avenue, Philadelphia, PA 19126-3409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| MICHAEL GUMBEL | on behalf of Debtor Jeanette V. Houston mgumbel@bainbridgelawcenter.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Jeanette V. Houston | : | |
|    Debtor(s) | : | Bankruptcy No. 19-16207-AMC |

**ORDER**

     **AND NOW**, this _____ day of _____, 2022, upon Debtor's Motion to Approve Loan Modification, and the Court having been satisfied that it is in the best interests of the Debtors to do so, it is hereby **ORDERED** that the Motion is **GRANTED**.

     It is further **ORDERED** that approval and recording (if applicable) of the loan modification shall not constitute a violation of the automatic stay.

     It is further **ORDERED** that Nationstar Mortgage LLC d/b/a Mr. Cooper shall be permitted to file an amended proof of claim to reflect all necessary changes effected by this loan modification, including the application of payments from the Chapter 13 Trustee, if applicable.

**Date: September 7, 2022**

_____
**HONORABLE ASHELY M. CHAN,**
**U.S. BANKRUPTCY JUDGE**

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave, Ste 100
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA  19107

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126

Mike Gumbel, Esq.
Bainbridge Law Center
850 S. 2nd Street
Philadelphia, PA 19147

Rebecca A. Solarz, Esq.
KML Law Group
701 Market Street, Ste 5000
Philadelphia, PA 19106

Nationstar Mortgage LLC
d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741