## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :
                                                          :
JEANETTE V. HOUSTON                                       :          Chapter 13
                                                          :
                              Debtor                      :          No. 19-16207-AMC
                                                          :

* * * * * * *

**HEARING TO BE HELD:**
**Date:  01/18/23**
**Time: 11:00 a.m.**
**Place: United States**
   **Bankruptcy Court**
   **Courtroom #4, 2nd Floor**
   **900 Market Street**
   **Philadelphia, PA  19107-4295**

* * * * * * *

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

  Scott F. Waterman, Esq., Standing Chapter 13 Trustee, has filed Trustee's Motion to Approve Alternative Disbursement.

  YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before December 29, 2022 you or your attorney must do ALL of the following:

   (a)  file an answer explaining your position at

   U.S. Bankruptcy Court
   Clerk's Office
   United States Courthouse
   900 Market Street
   Philadelphia, PA  19107-4295

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)  mail a copy to the movant's attorney:

                Ann E. Swartz, Esq.
                for
                Scott F. Waterman, Esq.,
                Standing Chapter 13 Trustee
                2901 St. Lawrence Avenue
                Reading, Pennsylvania 19606
                Telephone:  (610) 779-1313
                Fax:       (610) 779-3637

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge, on Wednesday, January 18, 2023 at 11:00 a.m., in Courtroom #4, 2nd Floor, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107-4295.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  December 14, 2022