UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
   Jeanette V. Houston                          :        Chapter 13
                                                  :
                      Debtor                 :        Case No. 19-16207-AMC
                                                  :

### PRAECIPE

Please withdraw the Trustee's Motion to Approve Alternative Disbursement filed on or about December 14, 2022 at docket entry number 58 in the above referenced case as it was a duplicate filing.

                                                Respectfully submitted,

Date: December 14, 2022                  /s/ *Ann Swartz*
                                                Ann Swartz, Esq.
                                                Attorney for
                                                Scott F. Waterman, Esq.
                                                Standing Chapter 13 Trustee