UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JEANETTE V. HOUSTON | : | Chapter 13 |
| | : | |
| Debtor | : | No. 19-16207-AMC |
| | : | |

# ORDER

**AND NOW**, upon consideration of the Motion for Alternative Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**DETERMINED** that the Trustee has paid $9,102.09 to Nationstar Mortgage, LLC (Claim 3-1), and it is

**ORDERED,** that the Standing Chapter 13 Trustee shall not make any further disbursements in this case to Nationstar Mortgage, LLC. regarding Claim No. 3-1, and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse the funds he is holding to the remaining unpaid creditor in accordance with the terms of the Modified Plan.

BY THE COURT

Dated: _____
**Date: January 25, 2023**

_____
HON. ASHELY M. CHAN,
BANKRUPTCY JUDGE