Certificate Number: 05781-PAE-DE-037317415

Bankruptcy Case Number: 19-16207



05781-PAE-DE-037317415

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 3, 2023, at 5:58 o'clock PM PDT, Jeanette Houston completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 3, 2023

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President