United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-16207-amc

Jeanette V. Houston                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 06, 2023 | Form ID: 138OBJ | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanette V. Houston, 6523 Ogontz Avenue, Philadelphia, PA 19126-3409 |
| 14398431 | + | Cavalier Telephone, 929 Marthas Way, Hiawatha, IA 52233-2407 |
| 14401827 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14398438 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14398439 | + | Phila Police and Fire Rescue, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14398441 | + | US Department of HUD, c/o C&L Service Corporation, 2488 E. 81st Street, Ste 700, Tulsa, OK 74137-4267 |
| 14398440 | + | United Concordia, PO Box 827300, Philadelphia, PA 19182-7300 |
| 14398442 | + | WD Jackson & John H. Joynes Funeral Home, 840 N. 12th Street, Philadelphia, PA 19123-1964 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 06 2023 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 06 2023 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14482593 | | Email/Text: megan.harper@phila.gov | Apr 06 2023 23:46:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14398432 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2023 23:46:00 | Comenity Bank/Modells, PO Box 182120, Columbus, OH 43218-2120 |
| 14398433 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 06 2023 23:46:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 14398434 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 06 2023 23:46:00 | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14398435 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 23:46:00 | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 14398436 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2023 23:45:00 | Mr. Cooper Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14420336 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2023 23:45:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14398437 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 06 2023 23:46:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14401972 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 06 2023 23:51:50 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 11

District/off: 0313-2                            User: admin                                    Page 2 of 2
Date Rcvd: Apr 06, 2023                         Form ID: 138OBJ                                 Total Noticed: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| MICHAEL GUMBEL | on behalf of Debtor Jeanette V. Houston mgumbel@bainbridgelawcenter.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jeanette V. Houston

      Debtor(s)

Case No: 19–16207–amc

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/6/23

73 – 64
Form 138OBJ